State of Missouri )
City of St. Louis )

RECEIVED SEP 08 2023 BY MAIL

IN THE CIRCUIT COURT OF CITY OF ST. LOUIS, MISSOURI

SHAWN LAMB
    Petitioner,

VS.   | Case No.
    | Civil Division

STATE OF MISSOURI
MISSOURI DEPARTMENT OF CORRECTIONS
SAINTE GENEVIEVE COUNTY JAIL
MISSOURI PROBATION AND PAROLE
    Defendant's.

## PETITION FOR PRELIMINARY INJUNCTION AND A TEMPORARY RESTRAINING ORDER

Come Now Petitioner by and through his self, Pro Se, under the Missouri House Bill No. 85 Second Amendment Preservation Act Mo. Rev. Stat §§ 1.410-1.485 seeking a preliminary injunction and a temporary restraining order and states:

1. That this action is being brought under the Second Amendment Preservation Act, Missouri House Bill No 85, Section 1.410-1.485 Mo. Rev. Stat.

2. That this Court has jurisdiction in this cause of action pursuant to Section 1.410-1.485 Mo. Rev. Stat. Petitioner is detained by federal government under interstate commerce.

3. That venue is proper in this cause of action pursuant to Section 1.410-1.485 Mo. Rev. Stat. Petitioner Shawn Lamb and the other injured parties reside in St Louis city.

4. The Petitioner Shawn Lamb is being detained at the Saint Genevieve County Jail Respondent, was on a writ from Missouri Department of Corrections, Respondent. The Respondents are violating Missouri's Second Amendment Preservation Act House

Bill No. 85 (See Mo. Rev. Stat. 1.460 & 1.470 Sovereign immunity is not a defense, no sovereign immunity). The facts that show that this restraint is illegal and improper and are infringments of federal laws on the United State and Missouri Constitutions. Second Amendment Preservation Act of Missouri rejects claims to jurisdiction under the legal fiction of interstate commerce by the federal government MO. Rev. Stat. 1.410-1.485. the caseworker at E.R.D.C.C. had me sign the Federal indictment

5. That Petitioner Shawn Lamb Social Security Number ▓▓▓-▓▓-1234 and other injured parties pursuant to Mo. Rev. Stat. 1.410-1.485 are citizens of Missouri

6. That Petitioner Shawn Lamb seeks relief according to Mo. Rev. Stat 1.460 & 1.470 in a action at law, suit in equity, or other proper proceding for redress, and civil penalty of fifty thousand dollars per occurrence, since Petitioner and other injured parties are from St. Louis city where the action allegedly occurred. Sovereign immunity shall not be an affirmative defense in any action pursuant to this Section. See MO. Rev. Stat 1.460.3 and MO. Rev. Stat 1.470.4

7. That Notice to Respondants by Petitioner would defeat purpose of tempary restraing order

8. That this is a verified Petition by Petitioner required by Rule 92.02 (a)(6)(i) MO. R. Civ. P 92.02

9. Federal Indictment under Commerce Clause is a violation of the Second Amendment act.

Wherefore, Petitioner prays for a Preliminary Injunction and Temporary Restraining orders against Respondents violating the Second Amendment Preservation Act, assesses the cost of Preliminary Injunction and Temporary Restraining order, an action at law, suit in equity, or other proper proceding for redress, and civil penalty of fifty thousand dollars per occurrence for Petitioner and all injured parties and all other such relief as the court may deem just and proper according to Mo. Rev. Stat. 1.460 from Respondents

Respectfully Submitted
Shawn Lamb    9-4-2023
Shawn Lamb