UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SHAWN LAMB, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No. 1:23-cv-00154-SEP |
| STATE OF MISSOURI, et al., | ) ) ) |
|     Defendants. | ) |

**MEMORANDUM AND ORDER**

    Before the Court is a filing titled "Petition for Preliminary Injunction and a Temporary Restraining Order." Doc. [1]. The filing was mailed to this Court, but Plaintiff captioned the filing "In the Circuit Court of the City of St. Louis, Missouri." It is therefore unclear whether Plaintiff seeks to open a case in this Court. If so, Plaintiff must file a complaint on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms where applicable."). Plaintiff also must pay the $402 filing fee or file an application to proceed without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

    Accordingly,

    **IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff (1) a copy of the Court's prisoner civil rights complaint form and (2) a copy of the Application to Proceed in District Court Without Prepaying Fees or Costs.

    **IT IS FURTHER ORDERED** that Plaintiff must either pay the $402 filing fee or submit the Application to Proceed in District Court Without Prepaying Fees or Costs within twenty-one (21) days of the date of this Order.

    **IT IS FURTHER ORDERED** that Plaintiff must file an amended complaint on the Court-provided form within twenty-one (21) days of the date of this Order.

    **IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

    Dated this <u>17th</u> day of November, 2023.

*/s/ Sarah E. Pitlyk*
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE